█ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SELWYN DAYS, Appellant. [817 NYS2d 535]—

Appeal by the defendant from a judgment of the County Court, Westchester County (Adler, J.), rendered June 21, 2004, convicting him of murder in the second degree (two counts), upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the trial court properly admitted into evidence a transcript of testimony given by a prosecution witness at the first trial in this matter (*see* CPL 670.10 [1]; *People v Diaz,* 97 NY2d 109, 117 [2001]; *People*

v Arroyo, 54 NY2d 567, 574 [1982], *cert denied* 456 US 979 [1982]; *People v Simmons,* 36 NY2d 126, 130 [1975]).

The trial court providently exercised its discretion in precluding expert testimony as to the defendant's susceptibility to police interrogation techniques (*see People v Lee,* 96 NY2d 157, 162 [2001]; *People v Cronin,* 60 NY2d 430, 433 [1983]; *People v Koury,* 268 AD2d 896 [2000]; *People v Green,* 250 AD2d 143 [1998]; *People v Bajraktari,* 154 AD2d 542 [1989]; *People v Lea,* 144 AD2d 863 [1988]).

The defendant's remaining contentions are unpreserved for appellate review and, in any event, are without merit. Schmidt, J.P., Santucci, Luciano and Rivera, JJ., concur.